**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge Marcia S. Krieger

Civil Action No.  07-cv-00698-MSK

LYNETTE CHRISTINE ARGUELLO,

     Applicant,

v.

BOARD OF PAROLE,
PAROLE OFFICE,
TIME AND RELEASE, and
ATTORNEY GENERAL,

     Respondents.

---

ORDER CONSTRUING COMPLAINT AS A 28 U.S.C. § 2241 ACTION AND
DIRECTING APPLICANT TO FILE CLAIMS ON A COURT-APPROVED FORM

---

     On April 6, 2007, Ms. Lynette Christine Arguello submitted a Complaint to the Court claiming that her Fifth, Eighth, and Fourteenth Amendment rights have been violated.  She also paid the $350.00 filing fee required by the Court when filing civil complaints.

     Upon review of the document submitted by Ms. Arguello, I find that she was granted parole on September 6, 2005, in Colorado Criminal Case No. 94-CR-174, that she is challenging the length of her parole, and that she is requesting that her parole be discharged.  Applicant's claims more properly are asserted in a 28 U.S.C. § 2241 action.  Therefore, I will direct the Clerk of the Court to send to Applicant a current Court-approved forms that is used in filing § 2241 actions with the Court.  I also will direct the Clerk of the Court to return to Applicant $345.00 of the $350.00 filing fee that

she paid to the Court on April 6, 2007. The proper filing fee for a § 2241 action is $5.00. Accordingly, it is

ORDERED that the instant action is construed as filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court shall revise the docket to state the proper nature of the suit. It is

FURTHER ORDERED that the Clerk of the Court shall send two copies of the Court-approved form titled "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" to Ms. Arguello, so that she may submit her claims properly to the Court. It is

FURTHER ORDERED that Ms. Arguello shall submit the 28 U.S.C. § 2241 Application form to the Court **within thirty days** of the date of the instant Order. If Ms. Arguello fails to comply within the thirty days the Application will be denied and the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is directed to return $345.00 to Ms. Arguello in keeping with this Order.

Dated this 19th day of July, 2007

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

2